UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHERINE CACCIAVILLANI,

    Plaintiff,

vs.                                          CASE NO.:

MADEMLI BOUTIQUE LLC,
MOD TRIBE BOUTIQUE LLC,
NATASHA CROWE, Individually,
and STEWART CROWE, Individually,

    Defendants.
_____/

## COMPLAINT

Plaintiff, KATHERINE CACCIAVILLANI, by and through her undersigned counsel, sues the Defendants, MADEMLI BOUTIQUE LLC, a Florida Limited Liability Company, MOD TRIBE BOUTIQUE LLC, a Florida Limited Liability Company, NATASHA CROWE, Individually, and STEWART CROWE, Individually, and alleges as follows:

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq.

2. Venue lies within United States District Court for the Middle District of Florida, Tampa Division because a substantial part of the events giving rise to this claim occurred in this Judicial District and is therefore proper pursuant to 28 U.S.C. 1391(b).

### PARTIES

3. Plaintiff, KATHERINE CACCIAVILLANI at all times material and worked for Defendants in this Juridical District during the applicable statute of limitations.

4. Defendant, MADEMLI BOUTIQUE LLC, is a Florida Limited Liability Company

authorized and doing business in this Judicial District.

5. Defendant, MOD TRIBE BOUTIQUE LLC, is a Florida Limited Liability Company authorized and doing business in this Judicial District.

6. At all times material hereto Defendant, NATASHA CROWE, Individually, was an officer of the Defendant Corporation and had direct responsibility and control over the compensation paid to employees of the organization.

7. At all times material hereto Defendant, STEWART CROWE, Individually, was an officer of the Defendant Corporation and had direct responsibility and control over the compensation paid to employees of the organization.

8. Defendants are an enterprise engaged in commerce as defined by 29 U.S.C. § 203(s)(l)(A).

9. Defendants are joint employers and/or an integrated enterprise/single employer.

10. Plaintiffs were employees of Defendants pursuant to 29 U.S.C. § 203(e)(l), Defendants were Plaintiffs' employer within the meaning of 29 U.S.C. § 203(d), and Defendants employed Plaintiffs within the meaning of 29 U.S.C. § 203(g).

## FACTUAL ALLEGATIONS

11. In approximately November 2017, Plaintiff, Katherine Cacciavillani, began working for Defendant, Mod Tribe Boutique, LLC, co-owned by Defendant Natasha Crowe with Carina Sykes.

12. On or about October 1, 2018, Plaintiff began working for Defendants, Mademli Boutique LLC, Natasha Crowe, Individually, and Stewart Crowe, Individually, as a non-exempt employee.

13. Plaintiff worked in excess of 40 hours per work week at both Mod Tribe Boutique, LLC and Mademli Boutique, LLC. for which she was not compensated by Defendants at a rate of time and one half her regular hourly rate.

## COUNT I
### (Fair Labor Standard Act - Overtime)

14. Plaintiff realleges paragraphs one (1) through thirteen (13) as though set forth fully herein.

15. The employment of Plaintiff provided for a forty (40) hour work week but throughout her respective employment Plaintiff was required to work and did work a substantial number of hours in excess of forty (40) hours per work week.

16. At all times material, Defendants failed to comply with 29 U.S.C. § 201 et seq., in that Plaintiff worked for Defendants in excess of the maximum hours provided by law, but no provision was made by Defendants to compensate Plaintiff at the rate of time and one-half her regular rate of pay for the hours worked over forty (40) in a work week.

17. Defendants' failure to pay Plaintiff the required overtime pay was intentional and willful.

18. As a direct and legal consequence of Defendants' unlawful acts, Plaintiff has suffered damages and has incurred, or will incur, costs and attorneys' fees in the prosecution of this matter.

WHEREFORE, Plaintiff, Katherine Cacciavillani, respectfully requests all legal and equitable relief allowed by law including judgment against Defendants, Mademli Boutique LLC, Mod Tribe Boutique LLC, Natasha Crowe, Individually, and Stewart Crowe, Individually, for overtime compensation, liquidated damages, prejudgment interest; payment of reasonable attorneys' fees and costs incurred in the prosecution of this claim and equitable relief declaring and mandating the cessation of Defendants' unlawful pay policy and such other relief as the court may deem just and proper.

## DEMAND FOR JURY TRIAL

19. Plaintiff requests a jury trial on all issues so triable.

Dated this 15th day of November, 2019.

**FLORIN, GRAY, BOUZAS, OWENS, LLC**

*/s/ Miguel Bouzas*
**MIGUEL BOUZAS, ESQUIRE**
Florida Bar No.: 48943
miguel@fgbolaw.com
Secondary:   gina@fgbolaw.com
**WOLFGANG M. FLORIN, ESQUIRE**
Florida Bar No.: 907804
wolfgang@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 254-5255
Facsimile (727) 483-7942

Attorneys for Plaintiff