UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHERINE CACCIAVILLANI,

    Plaintiff,

v.                                                                            Case No: 8:19-cv-2824-T-36JSS

MADEMLI BOUTIQUE LLC, MOD
TRIBE BOUTIQUE LLC, NATASHA
CROWE and STEWART CROWE,

    Defendants.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on March 23, 2020 (Doc. 12). In the Report and Recommendation, Magistrate Judge Sneed recommends that the Court grant in part and deny in part the parties' Supplemental Joint Motion to Approve Settlement Agreement (Doc. 11). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 12) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     The Joint Motion to Approve Settlement Agreement (Doc. 9) is DENIED as moot.

(3) The parties' Supplemental Joint Motion to Approve Settlement Agreement (Doc. 11) is **GRANTED IN PART** to the extent that: a. The FLSA Settlement and Release Agreement (Doc. 11-1) is APPROVED; and b. Plaintiff's claims against Mod Tribe Boutique LLC, only, are DISMISSED with prejudice. The Clerk is directed to terminate Mod Tribe Boutique LLC as a party to this litigation.

(4) The parties' Supplemental Joint Motion to Approve Settlement Agreement (Doc. 11) is **DENIED IN PART** to the extent that it asks the Court to retain jurisdiction over the settlement agreement between Plaintiff and Mod Tribe Boutique LLC. The Court declines to retain jurisdiction.

**DONE AND ORDERED** in Tampa, Florida on April 9, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record